# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CV-60109-RAR

**OMEGA SA,** *et al.*,

      Plaintiffs,

v.

**THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"**

      Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Entry of Final Default Judgment [ECF No. 42] ("Motion"). Plaintiffs, Omega SA, Blancpain SA, Compagnie des Montres Longines, Francillon S.A., Glashütter Uhrenbetrieb GmbH, Hamilton International AG, Montres Breguet S.A., Rado Uhren AG, Tissot SA, Certina AG, and Mido AG, seek entry of a default final judgment against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" that operate commercial Internet websites and/or e-commerce stores that infringe Plaintiffs' trademarks and promote and sell counterfeit goods bearing and/or using Plaintiffs' trademarks.  *See* generally Mot. [ECF No. 42].  Plaintiffs request the Court: (1) enjoin Defendants from producing or selling goods that infringe on their trademarks; (2) disable, or at Plaintiffs' election, transfer the domain names at issue to Plaintiffs; (3) assign all rights, title, and interest, to the domain names to Plaintiffs and permanently delist or deindex the domain names from any Internet search engines; (4) remove the listings and associated images of goods bearing and/or using counterfeits and infringements of Plaintiffs' trademarks at issue, and

the goods of each Defendant bearing one or more of Plaintiffs' trademarks held by the Internet marketplaces be surrendered to Plaintiffs; and (5) award statutory damages. *See generally id*.

A Clerk's Default [ECF No. 35] was entered against Defendants on March 10, 2022, after Defendants failed to respond to the Amended Complaint [ECF No. 24], despite having been served. *See* Proof of Service [ECF No. 30]. The Court having considered the record and noting no opposition to Plaintiffs' Motion, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion [ECF No. 42] is **GRANTED** for the reasons stated herein. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a default final judgment will be entered by separate order.

## BACKGROUND[1]

### A. Factual Background

Omega SA is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Omega Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| Ω OMEGA | 025,036 | July 24, 1894 | IC 014. Watch movements and watch cases. |
| SEAMASTER | 556,602 | March 25, 1952 | IC 014. Watches, watch parts and watch movements. |
| **OMEGA** | 566,370 | November 4, 1952 | IC 014. Watches and parts thereof. |
| Ω OMEGA | 578,041 | July 28, 1953 | IC 014. Watches (including pocket watches, wrist watches with or without straps, bands or bracelets, pendant watches, calendar watches, and stopwatches) either stem-wind or automatic; clocks; chronometers, chronographs, and parts for all of the foregoing. |
| SPEEDMASTER | 672,487 | January 13, 1959 | IC 014. Watches and clocks. |

---

[1] The factual background is taken from Plaintiffs' Amended Complaint, Motion, and supporting Declarations submitted by Plaintiffs.

| | | | |
|---|---|---|---|
| Ω | 734,891 | July 24, 1962 | IC 014. Timepieces and Parts Thereof. |
| CONSTELLATION | 1,223,349 | January 11, 1983 | IC 014. Watches and parts thereof. |
| OMEGA | 1,290,661 | August 21, 1984 | IC 014. Watch Cases [ , Watch Chains, and Watch Stands Sold as a Unit with Watches ] |
| DE VILLE | 1,309,929 | December 18, 1984 | IC 014. Watches, Wrist Watches, Portfolio Watches, Pendant Watches, and Miniature Clocks; and Parts Thereof. |
|  | 1,776,436 | June 15, 1993 | IC 014. Watches. |
|  | 1,827,397 | March 22, 1994 | IC 014. Watches. |
|  | 2,912,918 | December 21, 2004 | IC 014. Watches, [ watch straps, watch bracelets and parts for the aforesaid goods; ] chronometers, chronographs; watches made of precious metals; watches partly or entirely set with precious stones. |
| PLANET OCEAN | 3,085,659 | April 25, 2006 | IC 014. Watches and watch parts. |
| SEAMASTER | 3,640,080 | June 16, 2009 | IC 014. Jewelry, [ precious stones; ] horological and chronometrical instruments. |
|  | 3,757,932 | March 9, 2010 | IC 014. [jewelry and precious stones;] horological and chronometric instruments. |
| AQUA TERRA | 4,299,644 | March 12, 2013 | IC 014. Watches, watch straps, watch bracelets and parts thereof, chronometers, chronographs for use as watches, watches made of precious metals, watches partly or entirely set with precious stones. |
| CO-AXIAL | 4,442,192 | December 3, 2013 | IC 014. Horological and chronometric instruments. |
| DARK SIDE OF THE MOON | 4,735,993 | May 12, 2015 | IC 014. Horological and chronometric instruments. |
| OMEGA | 5,094,915 | December 6, 2016 | IC 014. Horological and chronometric instruments and parts for the aforesaid goods; accessories namely, watch chains, presentation cases for watches and cases for watches. |
| CO-AXIAL MASTER CHRONOMETER | 5,266,563 | August 15, 2017 | IC 014. Horological and chronometric instruments. |

*See* Decl. of Antoine Haller ("Haller Decl.") [ECF No. 6-2] ¶ 4.  The Omega Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above.  *See id*.

Blancpain SA is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Blancpain Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| *Fifty Fathoms* | 661,036 | April 29, 1958 | IC 014. Mechanical watches. |
| **BLANCPAIN** | 1,727,428 | October 27, 1992 | IC 014. Watches and parts thereof. |
| **JB 1735** | 4,518,491 | June 4, 2013 | IC 014. Jewelry [, precious stones ] ; horological and chronometric instruments. |

*See* Haller Decl. ¶ 14.  The Blancpain Marks are used in connection with the manufacture and distribution of quality goods in the categories identified above.  *See id*.

Compagnie des Montres Longines, Francillon S.A. is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Longines Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| *LONGINES* | 065,109 | September 10, 1907 | IC 014. Watches, parts of watches, and watchcases |
| LONGINES | 668,956 | October 28, 1958 | IC 014. Watches and watch movements and parts thereof |
| | 1,328,417 | April 2, 1985 | IC 014.  Clocks, Watches and Parts Therefor, and Jewelry and Costume Jewelry |
| **LONGINES** | 1,377,147 | January 7, 1986 | IC 014. Watches and parts therefor, and jewelry and costume jewelry. |

| | | | IC 014. Precious metals and their alloys, namely, white gold, yellow gold, pink gold; jewelry watches, precious stones, namely diamonds, horological and chronometric instruments, namely, chronographs, chronometers for use as watches, watches, watch movement |
|---|---|---|---|
| THE LONGINES MASTER COLLECTION | 2,995,368 | September 13, 2005 | |

*See* Haller Decl. ¶ 24.  The Longines Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above.  *See id*.

Glashütter Uhrenbetrieb GmbH is the owner of the following trademark, which is valid and registered on the Principal Register of the United States Patent and Trademark Office ("Glashütte Original Mark"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
|  | 2,519,207 | December 18, 2001 | IC 014. horological and chronometric instruments, namely, watches, parts of clocks and watches [, alarms for clocks, precious metals and their alloys sold in bulk, precious metals, jewelry, precious gemstones, imitation jewelry, cufflinks, tie pins, and belt buckles made of precious metal ]. |

*See* Haller Decl. ¶ 34.  The Glashütte Original Mark is used in connection with the manufacture and distribution of high-quality goods in the categories identified above.  *See id*.

Hamilton International AG is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Hamilton Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| HAMILTON | 741,279 | November 27, 1962 | IC 014. Horological Instruments-Namely, Watches, Clocks, Chronometers, and Parts Thereof |

| KHAKI | 1,148,416 | March 17, 1981 | IC 014. watches |
|---|---|---|---|
| VENTURA | 1,622,393 | November 13, 1990 | IC 014. Watches, clocks and parts thereof |
| HAMILTON | 2,181,720 | August 18, 1998 | IC 014. Watches |
| VIEWMATIC | 4,114,061 | March 20, 2012 | IC 014. Horological and chronometric instruments |
| KHAKI PILOT | 4,820,105 | September 29, 2015 | IC 014. Precious metals and their alloys and goods made of these materials or coated therewith included in this class, namely, figurines and trophies; jewelry, namely, rings, earrings, cuff links, bracelets, charms, brooches, chains and necklaces; tie pins; tie clips; jewelry caskets and cases; precious stones, semi-precious stones; timepieces and chronometric instruments, namely, chronometers, chronographs, clocks, watches, wristwatches, wall clocks, alarm clocks as well as parts and accessories for the aforesaid goods, namely, hands, anchors, pendulums, barrels, watch cases, watch straps, watch dials, clockworks, watch chains, movements for timepieces, watch springs, watch glasses, presentation cases for timepieces, cases for timepieces |
| HAMILTON | 5,168,258 | March 21, 2017 | IC 014. Horological and chronometric instruments, namely, watches, chronographs, clocks, watches, watch bracelets, clocks, alarm clocks and parts and fittings for the aforesaid goods, namely, needles, anchors, rockers, barrels, watch cases, watch straps, watch dials, clockworks, watch chains, watch movements, watch springs, watch glasses, cases for watchmaking, cases for watches |
| ✦ | 5,257,031 | August 1, 2017 | IC 014. Precious metals and their alloys and goods made of these materials or plated therewith included in this class, namely, figurines, trophies; jewelry, namely, rings, earrings, cufflinks, |

| | | | bracelets, charms, brooches, watch and jewelry chains, necklaces, tie pins, tie clips, jewelry boxes; precious stones, semi-precious stones; horological and chronometric instruments, namely, chronometers, chronographs as watches, clocks, watches, wrist watches, pendulum watches, alarm clocks and parts and fittings for the aforesaid goods, namely, hands, anchors, balance, barrels, watch cases, watch straps, watch dials, clockworks, watch chains, watch movements. |
|---|---|---|---|

*See* Haller Decl. ¶ 44.  The Hamilton Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above.  *See id.*

Montres Breguet S.A.  is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Breguet Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| BREGUET | 3,042,405 | January 10, 2006 | IC 014. Watches, watch straps, watch bracelets, and parts thereof, horological instruments, namely, chronometers and chronographs |
| *Breguet* | 3,414,708 | April 22, 2008 | IC 009. [ Spectacles and sunglasses; spectacle frames; spectacle cases; chains for spectacles; apparatus for recording; transmitting and reproducing sound or images, namely, CD and DVD players; magnetic recording media and recording discs, namely, blank CDs, blank DVDs; ] magnetic recording media and recording discs, namely, pre-recorded CDs and DVDs in the field of musical festivals.<br>IC 014. Jewelry, horological and chronometric instruments.<br>IC 016. Printed matter and periodicals, |

| | | | namely, books, magazines, catalogs, brochures, featuring horological and chronometric instruments, jewelry and writing instruments; stationery, namely, pencils, pens, and fountain pens.<br>IC 018. Goods made of leather and imitation leather, namely, wallets, briefcases, business card cases, key cases, backpacks, trunks, valises, umbrellas.<br>IC 025. Clothing, namely, [ caps, hats, ] scarves, neckties [, belts, shirts, T-shirts, and jackets ]. |

*See* Haller Decl. ¶ 54. The Breguet Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See id.*

Rado Uhren AG is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Rado Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| **RADO** | 788,733 | April 27, 1965 | IC 014. Watches and parts thereof. |
| **RADO DIASTAR** | 982,878 | April 30, 1974 | IC 014. [clocks and ] watches and parts thereof |
| RADO | 1,729,207 | November 3, 1992 | IC 014. watches and parts thereof |

*See* Haller Decl. ¶ 64. The Rado Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See id.*

Tissot SA is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Tissot Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| **TISSOT** | 1,639,684 | April 2, 1991 | IC 014. watches; parts, fittings and fixtures for watches |
| **POWERMATIC** | 2,702,854 | April 1, 2003 | IC 014. Electronic watches energized by the wearer, and their parts |
| **T TOUCH** | 3,653,565 | July 14, 2009 | IC 014. Horological and chronometric instruments. |
| **(T)** | 4,900,255 | February 16, 2016 | IC 014. Horological and chronometric instruments. |
| **T** | 4,971,556 | June 7, 2016 | IC 014. Horological and chronometric instruments. |

*See* Haller Decl. ¶ 74.   The Tissot Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above.  *See id*.

Certina AG is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Certina Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| CERTINA | 401,762 | June 8, 1943 | IC 014. Watches, Parts Thereof, Watch Movements and Clocks. |
| CERTINA-DS | 3,283,211 | August 21, 2007 | IC 014. Watches and watch parts |
| CERTINA DS | 4,600,118 | September 9, 2014 | IC 014. [ Precious metals; precious metal alloys; goods in precious metals or coated therewith, namely, figurines and trophies; jewelry; jewelry boxes; jewelry caskets; precious stones; ] horological and chronometric instruments; watch chains; caskets for watches; cases for the presentation of watches. |
| DS | 4,739,714 | May 19, 2015 | IC 014. Precious metals; precious metal alloys; precious stones; horological and chronometric instruments; caskets for watches; cases for the presentation of watches. |

*See* Haller Decl. ¶ 84. The Certina Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See id*.

Mido AG is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Mido Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| MIDO | 225,024 | March 8, 1927 | IC 014. Watches, and chronometers, watch movements, watch cases, [ dials ] and parts of watches. |
| *Mido* MULTIFORT | 399,480 | January 12, 1943 | IC 014. Watches, Wrist Watches, [Deck Watches, alarm Watches, Watch Pendulettes, chronometers, Movements, ] Cases and Dials[for the Same]. |
| OCEANSTAR | 441,020 | October 19, 1948 | IC 014. Watches, watch casings and parts of watches. |
| MULTIFORT | 4,431,373 | November 12, 2013 | IC 014. Horological and chronometric instruments. |

*See* Haller Decl. ¶ 94. The Mido Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See id.* ¶ 94. Collectively, the Omega Marks, Blancpain Marks, Longines Marks, Glashütte Original Mark, Hamilton Marks, Breguet Marks, Rado Marks, Tissot Marks, Certina Marks, and Mido Marks are referred to herein as the "Plaintiffs' Marks."

Plaintiffs' representative reviewed and visually inspected the detailed web page captures and photographs reflecting various products bearing Plaintiffs' trademarks offered for sale through the commercial Internet websites and/or e-commerce stores operating under Defendants' domain names and seller identification names identified on Schedule "A" ("Subject Domain Names and Seller IDs") and determined the products were non-genuine, unauthorized versions of Plaintiffs' products. *See id.* ¶¶ 107–108. Based on their investigation, Plaintiffs allege Defendants have

advertised, promoted, offered for sale, or sold goods bearing and/or using what Plaintiffs have determined to be counterfeits, infringements, reproductions, or colorable imitations of Plaintiffs' Marks. *See id.*; Am. Compl. ¶¶ 17–23, 84. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of Plaintiffs' Marks. *See* Haller Decl. ¶¶ 104, 107.

### B. Procedural Background

On January 14, 2022, Plaintiffs filed their Complaint, and on February 10, 2022, filed their Amended Complaint against Defendants. On January 19, 2022, Plaintiffs filed their *Ex Parte* Motion for Order Authorizing Alternate Service of Process [ECF No. 7] ("Motion for Alternate Service"). The Court entered an Order Granting the Motion for Alternate Service on January 20, 2022 [ECF No. 10]. In accordance with the January 20, 2022 Order, Plaintiffs served each Defendant with a Summons and a copy of the Amended Complaint via electronic mail and website posting on February 10, 2022. *See* Decl. of Virgilio Gigante ("Gigante Decl.") [ECF No. 42-5] ¶ 6; Proof of Service [ECF No. 30].

Defendants failed to file an answer or other response, and the time allowed for Defendants to respond to the Amended Complaint has since expired. *See* Gigante Decl. ¶¶ 7–8. To Plaintiffs' knowledge, Defendants are not infants or incompetent persons, and the Servicemembers Civil Relief Act does not apply. *See id.* ¶ 9. On March 10, 2022, the Clerk entered default against Defendants [ECF No. 35] for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Plaintiffs now move the Court for default final judgment against Defendants.

### <u>LEGAL STANDARD</u>

A party may apply to the court for a default judgment when the defendant fails to timely respond to a pleading. FED. R. CIV. P. 55(b)(2). "A defendant, by his default, admits the plaintiff's

well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred from contesting on appeal the facts thus established." *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009) (internal quotations omitted) (quoting *Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1205 (5th Cir. 1975)).  However, conclusions of law are to be determined by the court.  *Mierzwicki v. CAB Asset Management LLC*, No. 14-61998, 2014 WL 12488533, at *1 (S.D. Fla. Dec. 30, 2014).  Therefore, a court may enter a default judgment only if there is a "sufficient basis to state a claim." *Id.*

Once a plaintiff has established a sufficient basis for liability, the Court must conduct an inquiry to determine the appropriate damages.  *PetMed Express, Inc. v. MedPets.Com, Inc.*, 336 F. Supp. 2d 1213, 1217 (S.D. Fla. 2004).  Although an evidentiary hearing is generally required, the Court need not conduct such a hearing "when . . . additional evidence would be truly unnecessary to a fully informed determination of damages." *Safari Programs, Inc. v. CollectA Int'l Ltd.*, 686 F. App'x 737, 746 (11th Cir. 2017).  Therefore, where the record adequately supports the award of damages, an evidentiary hearing is not required.  *See SEC v. Smyth*, 420 F.3d 1225, 1232 n.13 (11th Cir. 2005); *PetMed Express, Inc.*, 336 F. Supp. 2d at 1217, 1223 (finding an evidentiary hearing unnecessary because plaintiff was seeking statutory damages under the Lanham Act); *Luxottica Group S.p.A. v. Casa Los Martnez Corp.*, No. 14-22859, 2014 WL 4948632, at *2 (S.D. Fla. Oct. 2, 2014) (same).

## ANALYSIS

### A. Claims

Plaintiffs seek a default judgment for the relief sought in the Amended Complaint, asserting the following claims against Defendants: (1) trademark counterfeiting and infringement under section 32 of the Lanham Act, in violation of 15 U.S.C. section 1114 ("Claim 1"); (2) false designation of origin under section 43(a) of the Lanham Act, in violation of 15 U.S.C. section

1125(a) ("Claim 2"); (3) unfair competition under Florida common law ("Claim 3"); and (4) trademark infringement under Florida common law ("Claim 4"). *See* Am. Compl. ¶¶ 100–125.

### 1.    Counterfeiting and Infringement

Section 32 of the Lanham Act, 15 U.S.C. section 1114, provides liability for trademark infringement if, without the consent of the registrant, a defendant uses "in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark . . . which . . . is likely to cause confusion, or to cause mistake, or to deceive." 15 U.S.C. § 1114(1)(a). To prevail on its trademark infringement claim, a plaintiff must demonstrate "(1) that it had prior rights to the mark at issue and (2) that the defendant had adopted a mark or name that was the same, or confusingly similar to its mark, such that consumers were likely to confuse the two." *Planetary Motion, Inc. v. Techsplosion, Inc.*, 261 F.3d 1188, 1193 (11th Cir. 2001) (footnote and citations omitted).

### 2.    False Designation of Origin

The test for liability for false designation of origin under 15 U.S.C. section 1125(a) is the same as for a trademark counterfeiting and infringement claim—*i.e.*, whether the public is likely to be deceived or confused by the similarity of the marks at issue. *See Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 780 (1992) (Stevens, J., concurring in the judgment).

### 3.    Common Law Unfair Competition

Whether a defendant's use of a plaintiff's trademarks created a likelihood of confusion between the plaintiff's and the defendant's products is also the determining factor in the analysis of unfair competition under the common law of Florida. *See Rolex Watch U.S.A., Inc. v. Forrester*, No. 83-8381, 1986 WL 15668, at *3–4 (S.D. Fla. Dec. 9, 1986) ("[I]t is clear that the Court need not find 'actual confusion' . . . . The proper test is 'likelihood of confusion . . . .'").

### 4.   Common Law Trademark Infringement

The analysis of liability for Florida common law trademark infringement is the same as the analysis of liability for trademark infringement under section 32(a) of the Lanham Act. *See PetMed Express, Inc.*, 336 F. Supp. 2d at 1217–18.

### B.  Liability

The well-pleaded factual allegations of Plaintiffs' Amended Complaint properly contain the elements for each of the above claims and are admitted by virtue of Defendants' defaults. *See* Am. Compl. ¶¶ 17–23, 84–92, 101–104, 108–111, 116–118, and 121–124. Moreover, the Amended Complaint's factual allegations have been substantiated by sworn declarations and other evidence and establish Defendants' liability for each of the claims asserted. Accordingly, default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure is appropriately entered against Defendants.

### C.  Relief

Plaintiffs request an award of equitable relief and monetary damages against Defendants for trademark infringement in Claim 1. The Court analyzes Plaintiffs' request for relief as to Claim 1 only, as the judgment for Claims 2, 3, and 4—false designation of origin, common law unfair competition, and common law trademark infringement—is limited to entry of the requested equitable relief for Claim 1. *See generally* Mot. [ECF No. 42].

*Injunctive Relief.* Pursuant to the Lanham Act, a district court is authorized to issue an injunction "according to the principles of equity and upon such terms as the court may deem reasonable," to prevent violations of trademark law. 15 U.S.C. § 1116(a). Indeed, "[i]njunctive relief is the remedy of choice for trademark and unfair competition cases, since there is no adequate remedy at law for the injury caused by a defendant's continuing infringement." *Burger King Corp. v. Agad*, 911 F. Supp. 1499, 1509–10 (S.D. Fla. 1995) (alteration in original) (internal quotation

marks omitted) (quoting *Century 21 Real Estate Corp. v. Sandlin*, 846 F.2d 1175, 1180 (9th Cir. 1988)).   Injunctive relief is available even in the default judgment setting, *see, e.g., PetMed Express, Inc.*, 336 F. Supp. 2d at 1222–23, because Defendants' failure to respond or otherwise appear makes it difficult for a plaintiff to prevent further infringement absent an injunction.  *See Jackson v. Sturkie*, 255 F. Supp. 2d 1096, 1103 (N.D. Cal. 2003) ("[D]efendant's lack of participation in this litigation has given the court no assurance that defendant's infringing activity will cease. Therefore, plaintiff is entitled to permanent injunctive relief.").

Permanent injunctive relief is appropriate where a plaintiff demonstrates: (1) it has suffered irreparable injury; (2) there is no adequate remedy at law; (3) the balance of hardship favors an equitable remedy; and (4) an issuance of an injunction is in the public's interest.  *See eBay, Inc. v. MercExchange, LLC.*, 547 U.S. 388, 391–92 (2006).  Plaintiffs have carried their burden on each of the four factors.

Specifically, in trademark cases, "a sufficiently strong showing of likelihood of confusion [caused by trademark infringement] may by itself constitute a showing of . . . a substantial threat of irreparable harm." *E. Remy Martin & Co., S.A. v. Shaw-Ross Int'l Imports, Inc.*, 756 F.2d 1525, 1530 (11th Cir. 1985) (footnote omitted); *see also Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 986 (11th Cir. 1995) ("There is no doubt that the continued sale of thousands of pairs of counterfeit jeans would damage [the plaintiff's] business reputation and decrease its legitimate sales.").  Plaintiffs' Amended Complaint and the submissions show that the goods produced and sold by Defendants are nearly identical to Plaintiffs' genuine products, and consumers viewing Defendants' counterfeit goods post-sale would actually confuse them for Plaintiffs' genuine products.  *See, e.g.*, Am. Compl. ¶ 85 ("Defendants' actions are likely to cause confusion of consumers at the time of initial interest, sale, and in the post-sale setting, who will believe all of

Defendants' goods are genuine goods originating from, associated with, and/or approved by Plaintiffs.").

Plaintiffs have no adequate remedy at law so long as Defendants continue to operate the Subject Domain Names and Seller IDs because Plaintiffs cannot control the quality of what appear to be their products in the marketplace. An award of monetary damages alone will not cure the injury to Plaintiffs' reputations and goodwill if Defendants' infringing and counterfeiting continue. Moreover, Plaintiffs face hardship from loss of sales and their inability to control their reputations in the marketplace. By contrast, Defendants face no hardship if they are prohibited from the infringement of Plaintiffs' trademarks. Finally, the public interest supports the issuance of a permanent injunction against Defendants to prevent consumers from being misled by Defendants' products, and potentially harmed by their inferior quality. *See Chanel, Inc. v. besumart.com,* 240 F. Supp. 3d 1238, 1291 (S.D. Fla. 2016) ("[A]n injunction to enjoin infringing behavior serves the public interest in protecting consumers from such behavior.") (citation omitted); *World Wrestling Entm't, Inc. v. Thomas*, No. 12-21018, 2012 WL 12874190, at \*8 (S.D. Fla. Apr. 11, 2012) (considering the potential for harm based on exposure to potentially hazardous counterfeit merchandise in analyzing public's interest in an injunction).

Broad equity powers allow the Court to fashion injunctive relief necessary to stop Defendants' infringing activities. *See, e.g., Swann v. Charlotte-Mecklenburg Bd. of Educ.*, 402 U.S. 1, 15 (1971) ("Once a right and a violation have been shown, the scope of a district court's equitable powers to remedy past wrongs is broad, for . . . [t]he essence of equity jurisdiction has been the power of the Chancellor to do equity and to mould [sic] each decree to the necessities of the particular case." (citation and internal quotation marks omitted)); *United States v. Bausch & Lomb Optical Co.*, 321 U.S. 707, 724 (1944) ("Equity has power to eradicate the evils of a condemned scheme by

prohibition of the use of admittedly valid parts of an invalid whole." (citations omitted)).  District courts are expressly authorized to order the transfer or surrender of domain names in an *in rem* action against a domain name.  *See* 15 U.S.C. §§ 1125(d)(1)(C), (d)(2).  However, courts have not limited the remedy to that context.  *See, e.g., Philip Morris USA, Inc. v. Otamedia Ltd.*, 331 F. Supp. 2d 228, 230 n.2 (S.D.N.Y. 2004) (transferring Yesmoke.com domain name to plaintiff despite the fact the plaintiff did not own a trademark in the term "Yesmoke" and noting 15 U.S.C. section 1125 "neither states nor implies that an *in rem* action against the domain name constitutes the exclusive remedy for a plaintiff aggrieved by trademark violations in cyberspace"); *Ford Motor Co. v. Cross*, 441 F. Supp. 2d 837, 853 (E.D. Mich. 2006) (ordering the defendants to disclose all other domain registrations held by them and to transfer registration of a particular domain name to plaintiff in part under authority of 15 U.S.C. section 1116(a)).

Defendants have created an Internet-based counterfeiting scheme in which they are profiting from their deliberate misappropriation of Plaintiffs' rights.  Accordingly, the Court may fashion injunctive relief to eliminate the means by which Defendants are conducting their unlawful activities.  Appropriate remedies to achieve this end include ordering the cancellation or transfer of the Subject Domain Names to Plaintiffs; removing the Seller IDs' listings and images of goods; and requiring that the goods of each Defendant be surrendered to Plaintiffs, such that these means may no longer be used as instrumentalities to further the sale of counterfeit goods.

*Statutory Damages*.  In a case involving the use of counterfeit marks in connection with the sale, offering for sale, or distribution of goods, 15 U.S.C. section 1117(c) provides that a plaintiff may elect an award of statutory damages at any time before final judgment is rendered in the sum of not less than $1,000.00 nor more than $200,000.00 per counterfeit mark per type of good.  *See* 15 U.S.C. § 1117(c)(1).  In addition, if the Court finds Defendants' counterfeiting

actions were willful, it may impose damages above the maximum limit up to $2,000,000.00 per counterfeit mark per type of good. *See* 15 U.S.C. § 1117(c)(2).

The Court has wide discretion to determine the amount of statutory damages. *See PetMed Express, Inc.*, 336 F. Supp. 2d at 1219 (citations omitted). An award of statutory damages is appropriate despite a plaintiff's inability to prove actual damages caused by a defendant's infringement. *See Ford Motor Co.*, 441 F. Supp. 2d at 852 (citations omitted) ("[A] successful plaintiff in a trademark infringement case is entitled to recover enhanced statutory damages even where its actual damages are nominal or non-existent."); *Playboy Enters., Inc. v. Universal Tel-A-Talk, Inc.*, No. 96-6961, 1998 WL 767440, at *8 (E.D. Pa. Nov. 3, 1998) (awarding statutory damages where plaintiff failed to prove actual damages or profits). The option of a statutory damages remedy in trademark counterfeiting cases is sensible given evidence of a defendant's profits in such cases is frequently almost impossible to ascertain. *See, e.g.,* S. Rep. No. 104-177, pt. V § 7, at 10 (1995) (discussing purposes of Lanham Act statutory damages); *PetMed Express, Inc.*, 336 F. Supp. 2d at 1220 (statutory damages are "[e]specially appropriate in default judgment cases due to infringer nondisclosure") (citations omitted). This case is no exception.

Here, the allegations of the Amended Complaint and the evidence establish the Defendants intentionally copied one or more of Plaintiffs' Marks for the purpose of deriving the benefit of Plaintiffs' world-famous reputation. Defendants have defaulted on Plaintiffs' allegations of willfulness. *See* Am. Compl. ¶ 91; *Arista Records, Inc. v. Beker Enters., Inc.*, 298 F. Supp. 2d 1310, 1313 (S.D. Fla. 2003) (finding a court may infer willfulness from the defendants' default); *PetMed Express, Inc.*, 336 F. Supp. 2d at 1217 (stating that upon default, well-pleaded allegations are taken as true). As such, the Lanham Act permits the Court to award up to $2,000,000.00 per

infringing mark on each type of good as statutory damages to ensure Defendants do not continue their intentional and willful counterfeiting activities.

The only available evidence demonstrates that each Defendant promoted, distributed, advertised, offered for sale, and/or sold at least one (1) type of good bearing at least one (1) mark which is a counterfeit of one of Plaintiffs' Marks protected by federal trademark registrations.  *See* Am. Compl. ¶¶ 24, 30, 36, 42, 48, 54, 60, 66, 72, 78, 84–92, 101–105; Haller Decl. 104–108. Based on the above considerations, Plaintiffs have asked the Court to award statutory damages in the amount of $1,000,000.00 against each Defendant.  *See* Mot. [ECF No. 42] at 14–15.  The award should be sufficient to deter Defendants and others from continuing to counterfeit or otherwise infringe Plaintiffs' trademarks, compensate Plaintiffs, and punish Defendants, all stated goals of 15 U.S.C. section 1117(c).  The Court finds that this award of statutory damages falls within the permissible range under 15 U.S.C. section 1117(c) and is just. *See Fendi S.R.L. v. Joe Bag*, No. 19-61356, 2019 WL 4693677 (S.D. Fla. Aug. 28, 2019) [ECF No. 43] (awarding plaintiff $1,000,000.00 against each defendant);  *Adidas AG v. Global Online Shopping*, No. 19-61180 (S.D. Fla. 2019) [ECF No. 36] (awarding plaintiff $1,000,000.00 against each defendant); *Louis Vuitton Malletier v. lv2014.skrar*, No. 19-61015 (S.D. Fla. 2019) [ECF No. 42] (awarding plaintiff $1,000,000.00 against each defendant); *Abercrombie & Fitch Trading Co. v. Artemis Gesdy*, No. 19-60287 (S.D. Fla. 2019) [ECF No. 36] (awarding plaintiff $1,000,000.00 against each defendant); *Fendi S.R.L. v. socjmkfn*, No. 19-61356 (S.D. Fla. 2019) [ECF No. 44] (awarding plaintiff $1,000,000.00 against each defendant);  *Goyard St Honore v. Agote*, No. 17-62276, 2018 WL 2006870 (S.D. Fla. Apr. 19, 2018) [ECF No. 49] (awarding plaintiff $1,000,000.00 against each defendant); *Specialized Bicycle Components, Inc. v. 17 No.1-Own*, No. 17-61201, 2017 WL

3016929 (S.D. Fla. July 14, 2017) [ECF No. 44] (awarding plaintiff $1,000,000.00 against each defendant).

<b><u>CONCLUSION</u></b>

For the foregoing reasons, Plaintiffs are entitled to the entry of final default judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion [ECF No. 42] is **GRANTED.**

Default final judgment and a permanent injunction shall be entered by separate order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of March, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME,**
**SELLER ID, FINANCIAL ACCOUNT INFORMATION,**
**MERCHANT ID, INFRINGING PRODUCT NUMBER, AND E-MAIL**

| Defendant Number | Defendant / Subject Domain Name / Seller ID | Financial Account Information: PayPal Account / Payee / Store Number | PayPal Merchant ID | Infringing Product Number / E-mail |
|---|---|---|---|---|
| 1 | dearwatch90.store | 714946201@qq.com | 3NLZUH7DLRBLL | rizzocamieyz65@gmail.com |
| 1 | dffnglksdfhnd.online | llvvpurchasing@gmail.com | C9YLU545FFSGC | llvvpurchasing@gmail.com rizzocamieyz65@gmail.com |
| 1 | fdg3dgj.online | llvvpurchasing@gmail.com | C9YLU545FFSGC | llvvpurchasing@gmail.com rizzocamieyz65@gmail.com |
| 1 | jlkjjk43jjkh.online | llvvpurchasing@gmail.com | C9YLU545FFSGC | llvvpurchasing@gmail.com rizzocamieyz65@gmail.com |
| 1 | juhhjh36knjk.online | llvvpurchasing@gmail.com | C9YLU545FFSGC | llvvpurchasing@gmail.com rizzocamieyz65@gmail.com |
| 1 | lucky3watch.com | llvvpurchasing@gmail.com | C9YLU545FFSGC | llvvpurchasing@gmail.com janeywenona1030@gmail.com |
| 1 | mmbbdfdg.fun | llvvpurchasing@gmail.com | C9YLU545FFSGC | llvvpurchasing@gmail.com rizzocamieyz65@gmail.com |
| 1 | sdanmlgldsfc.online | llvvpurchasing@gmail.com | C9YLU545FFSGC | llvvpurchasing@gmail.com rizzocamieyz65@gmail.com |
| 3 | club.vipwatchmall.xyz | berbershop01@outlook.com | | global@ellaservice.com |
| 4 | csobuy.com | rimsemea@outlook.com | | support@csobuy.com |
| 5 | flinees.com | nicolekilgroth@gmail.com fsj19730512@hotmail.com | PV8H93KUFABFJ | No email received |
| 6 | gekaka.com | guangzhoukaizhuofu1@outlook.com | ZPDX5LKZTMC4A | service@gekaka.com |
| 7 | giftfrs.com | huayucheng@tenflyer04.com | 9869TXU782SCW | Tiiglig@outlook.com |
| 10 | totheesw.com | yanqing@hcyfshoes.com | W6WDNU9SYG5X2 | sminiyoni689@yahoo.com |
| 13 | naburei.com | wry19830316@hotmail.com | 2QS44HE9HZMS8 | No email received |
| 14 | psition.com | yl123231@163.com | | verilty01@outlook.com |
| 15 | redemor.com | bimignxingdad@outlook.com | VKDTDSZ4E4T4L | service@redemor.com |
| 17 | sjhifs.com | 24009746@qq.com | 28P3U4UM26T8U | chinaqiguo.com |
| 18 | sunkisns.com | hedouliangpin@gmail.com | R6HHBSWECLYVC | shangjiaying2021@sunkisns.com Helen.M.Olney536482@gmail.com |
| 19 | ukshopnow.com | qwsaxzq@exelav.co.uk | 29KRY49CJKAT6 | service@ukshopnow.com |
| 20 | vwatchesvip.com | wang041404@163.com | UB77B7J562APG | |
| 21 | watch.uyqma.com | pajsuakk@yahoo.com | MZDLJXW3VEVEQ | rizzocamieyz65@gmail.com |

| 21 | watco.top | yuhe61333@163.com | YVWV6VBPDTYHU | rizzocamieyz65@gmail.com |
|---|---|---|---|---|
| 22 | watches.is | sale@watches.is | | bs_watches@aol.co.uk sale@watches.is |
| | | opabyukinten72@mail.com | JXCA6S5QHUDF8 | |
| | | enlasiretepi7@mail.com | 52NCAJRRWRDNC | |
| 23 | zusustores.com | dominqueecowen67@outlook.com | NH459EA6N48HE | support@smalldogk.com noreply@notice.mailzh-apolo.com |
| 24 | A Watches Store | 2495039 | | 1005002722249711 |
| 25 | Amy's Watch Store | 5627044 | | 1005001880001063 |
| 26 | Barrett Watch Store | 5004001 | | 1005002477212168 |
| 27 | catherine wr's store | 800794 | | 32508181579 |
| 28 | Chenwatch Store | 912175255 | | 1005002835503489 |
| 29 | China Watch Gallery Store | 1168522 | | 1005001324905168 |
| 30 | digital product-001 Store | 911834196 | | 1005002775491393 |
| 31 | Domineering man Store | 911928222 | | 1005002663799917 |
| 32 | Good watch Store | 900243401 | | 1005002608042539 |
| 33 | Greatwatch Store | 911726027 | | 1005002467276978 |
| 34 | HHAAJJStore Store | 912068623 | | 1005002768417412 |
| 35 | High quality watch Store | 911808138 | | 1005002771001020 |
| 36 | JIANGYUYAN | 16888 | | 4000808436629 |
| 37 | Leipin Store | 911852111 | | 1005002541063785 |
| 38 | LinkFashion Store | 910765003 | | 1005002605149312 |
| 39 | Luo Store | 5404039 | | 10000221765910 |
| 40 | Luxurybrands Store | 911966075 | | 1005002636812320 |
| 41 | MIQIAOWatch Store | 911758645 | | 1005002450219838 |
| 42 | Mr Li phone accessories Store | 1850112 | | 1005002781737826 |
| 43 | myAge Store | 912060494 | | 1005002752275884 |
| 44 | nanren watch Store | 911757972 | | 1005002643433513 |
| 45 | PAMSOTT Store | 912162145 | | 1005002835608879 |
| 46 | PJY Store | 5040037 | | 1005002653253464 |
| 47 | P-V-C-R-O-AAA Watch Store | 911706142 | | 1005002494677316 |
| 48 | PYROPETS Official Store | 3858071 | | 4000703867732 |
| 49 | qunimade Store | 912133165 | | 1005002818011155 |
| 50 | Shop910972041 Store | 910972041 | | 1005002672233458 |
| 51 | Shop911261078 Store | 911261078 | | 1005001921729510 |
| 52 | Shop911805624 Store | 911805624 | | 1005002699654909 |
| 53 | Shop911815088 Store | 911815088 | | 1005002608043992 |

| 54 | Shop911816054 Store | 911816054 | | 1005002608005140 |
| 55 | Shop911817367 Store | 911817367 | | 1005002527270031 |
| 56 | Shop911827576 Store | 911827576 | | 1005002616737931 |
| 57 | Shop911880485 Store | 911880485 | | 1005002670346179 |
| 58 | SIXWEEKS Watch Store | 911812442 | | 1005002488020305 |
| 59 | Spria Store | 911789821 | | 1005002442244112 |
| 60 | Timerunner Store | 5837343 | | 1005001879824846 |
| 61 | Top-brands Store | 911872411 | | 1005002713756260 |
| 62 | Topswatches Store | 911746790 | | 1005002656358574 |
| 63 | We Go Store | 912038023 | | 1005002708981366 |
| 64 | WTSH56JG Store | 912029343 | | 1005002694773468 |
| 65 | Xiaowang watch shop Store | 912067698 | | 1005002857894930 |
| 66 | a10166 | 21484133 | | 709448408 |
| 67 | aa_luxury_watch a/k/a N watch | 21177534 | | 530984842 |
| 68 | beautiful_watch | 21690293 | | 709476164 |
| 69 | bmsm7 | 21675241 | | 694353670 |
| 70 | cnc222 | 21658353 | | 706676364 |
| 71 | coolitems | 15523752 | | 686238656 |
| 72 | coreybrewer | 21635418 | | 701046933 |
| 73 | dang10 | 21417243 | | 516208992 |
| 74 | fashionbags001 a/k/a luxury mens watchess | 20984238 | | 708165049 |
| 75 | fashluck | 21107275 | | 702547108 |
| 76 | felixwatch2 | 20953897 | | 474585736 |
| 77 | gorgeousjewelry | 21631194 | | 679822031 |
| 78 | hanbelson | 20777759 | | 408371347 |
| 79 | hby2014 | 20656543 | | 486131879 |
| 80 | henry1986 | 19918897 | | 431098742 |
| 81 | high_end_watches | 21696284 | | 709451699 |
| 82 | huizhi8868 a/k/a master watch | 20702664 | | 619430524 |
| 83 | ingsdhaos | 21651343 | | 690243953 |
| 84 | jackson2018 | 21015637 | | 517362799 |
| 85 | jewelry_watches_ | 21691176 | | 709123152 |
| 86 | jimmybutler | 21635640 | | 674543330 |
| 87 | joshsmith | 21635511 | | 698728285 |
| 88 | kawhileonard | 21635634 | | 704454445 |
| 89 | kndyk2010 | 20615778 | | 634911726 |
| 90 | landong06 | 21282499 | | 615993836 |
| 91 | lantianguoji | 21638508 | | 704648173 |
| 92 | leysen | 21477060 | | 532679817 |

| 93 | lisa_watch | 21691607 | | 710188961 |
|---|---|---|---|---|
| 94 | lqf8688 | 21666712 | | 695605520 |
| 95 | lu19921215 | 21225223 | | 672087816 |
| 96 | luxury_seller | 21295182 | | 480691257 |
| 97 | luxurywatch001 | 21051723 | | 436911203 |
| 98 | mala84 | 19889444 | | 705345677 |
| 99 | mark1994 a/k/a JaoneMark | 20535850 | | 400579696 |
| 100 | menwatcheses | 20805918 | | 707992197 |
| 101 | no1seller01 | 21656350 | | 674860945 |
| 102 | noob_watchstore | 21553080 | | 692895413 |
| 103 | noob_wristwatch | 21690034 | | 709999622 |
| 104 | nslre99 | 21602392 | | 659135837 |
| 105 | original_watches | 21691162 | | 709131852 |
| 106 | overseas_brothers | 21691610 | | 710070379 |
| 107 | pandorahigh_quality | 21276652 | | 675749636 |
| 108 | qing3awatch | 21383441 | | 709734737 |
| 109 | qiyue07 | 21273564 | | 463491362 |
| 110 | quan10 | 21401648 | | 512652504 |
| 111 | redseawatch111 | 21642399 | | 660280732 |
| 112 | sahres55 | 21661030 | | 692010780 |
| 113 | samdekker | 21635518 | | 709174328 |
| 114 | shichao2785 | 21547317 | | 554966560 |
| 115 | shoudebumingxian | 21650792 | | 662785015 |
| 116 | smartyang | 21646735 | | 690752403 |
| 117 | super_noob_watches | 21678400 | | 696925320 |
| 118 | swisstime | 21512928 | | 699365911 |
| 119 | swisswatchkkk | 21212556 | | 481702739 |
| 120 | tadi6082 | 21646531 | | 694711888 |
| 121 | tangjixiangstore | 20703951 | | 680895215 |
| 122 | tangtang1 | 21597243 | | 679949495 |
| 123 | thejewelryking | 21632443 | | 677849391 |
| 124 | time_ring | 21558767 | | 674126945 |
| 125 | tingvip666 | 20597420 | | 709948371 |
| 126 | topwristwatch | 21475372 | | 533800281 |
| 127 | traviswatch2018 | 21023967 | | 661954233 |
| 128 | vjese55 | 21659977 | | 686879950 |
| 129 | wangnecklace | 21673404 | | 703052481 |
| 130 | watch_beauty | 21058827 | | 428939935 |
| 131 | watch_eva a/k/a SUB123 | 21609276 | | 631671445 |
| 132 | watches510 | 21674534 | | 699981563 |

| 133 | watchgt01 a/k/a Watch GT01 | 21347248 | | 532766906 |
|-----|-----|-----|-----|-----|
| 134 | wenxin2 | 20789396 | | 682942852 |
| 135 | xxopp | 21636266 | | 696312931 |
| 136 | yansdhgs | 21641930 | | 654537399 |
| 137 | yunyi6688 | 21643798 | | 677729098 |
| 138 | zichen080514 | 14772140 | | 461182099 |
| 139 | zixuan69 | 21660371 | | 677071975 |
| 140 | zoechen123 | 21399367 | | 700491791 |
| 141 | zouxiaopang | 21605725 | | 655470166 |
| 142 | zym56004 | 21641307 | | 689613304 |
| 143 | 2020 Hibrox | 5f00051f555aed4de6e304b2 | | 5f5c3687ad0f1b4201da1aa8 |
| 144 | ABC Venezuela | 5e32bee92d930b002981ebc6 | | 606fb8923188209a3646abdf |
| 145 | aini999wannian | 5b1a824a2b041009c3f9d0c3 | | 6066db53895472889786ccb8 |
| 146 | Ajay_gir94 | 5fcfae86d4d288fdbf5ffad8 | | 60ab501c1593203334ec09f7 |
| 147 | ajdjaJSDHD | 60542c4e32017651541666cf | | 611ddf5836652c3e55818093 |
| 148 | Aladan Celular | 5f7e899f9686f1003fd9aa5f | | 5fe435ded2ecd1004e71416d |
| 149 | alberte | 5fe0701017ba95efd91f3b3f | | 60c31361dbec9310bb389533 |
| 150 | Alibean | 5fcd447991d2e542df76115e | | 60aa065b542bcd1cbfd9b23e |
| 151 | Alisha45 | 60c907637e873c2a742c633a | | 615db484d65f84dad5daacf0 |
| 152 | Amytras | 5fd901015f0279d7ec5b975d | | 60a31c5d603ec153d0bc4380 |
| 153 | Angdey | 60a5f4c6c3df6c47537a761a | | 60d40eb481b35b6379124070 |
| 154 | anguanning38058 | 5fd9b91f2b0869289b2547a4 | | 605b383a983c6641a18e64f7 |
| 155 | anjag1shop | 5f3773694071e27671c7e6ed | | 601e5827795dd159ba992c62 |
| 156 | Annie R Hammond | 5e956497ed195b124be99846 | | 6055b53af4d9f76b7164cd02 |
| 157 | aper1 | 5fd1601a05ef5d62f0562a49 | | 60af415ecab1e83449957694 |
| 158 | apilooking | 58a56b643a8c36510ee68041 | | 60adba777fc7a5761ac511ee |
| 159 | apneap | 5fce084b8540d1f84a1e64d8 | | 6130da0724358be8da3c4ac6 |
| 160 | appointerent | 5fd1593005ef5d5f88562802 | | 605ef1eb99a7d25a891de45a |
| 161 | artesaniaskeyaira222 | 5fe617e44b77d6516f810019 | | 6152b88dcef6b9655dd20eac |
| 162 | artriciaStoreSportgirl | 5f8adfee130c5a7096f1d3ca | | 60a473e1dad3662e90c302bb |
| 163 | Asesoramientos Julio | 5f628c1d5731ae5c7df64ac7 | | 5fe84dbd1c793c003e5ba21e |
| 164 | AugusDaphn | 5e94d61f7fbadedc4ebd9391 | | 61397ea064e6de81255c4a96 |
| 165 | augustinemjv42aysq | 5e80a8cb873f9d1758e01fc5 | | 609c2ba7d24a408e148a2cce |
| 166 | AuthorityJosep | 5fd7e5fe470620a23a206af5 | | 60c431f7c3189a75b30a6f48 |
| 167 | baixinyue2048 | 60e15737445045076cc3080d | | 611e601a5d30d46d7d37e0c5 |
| 168 | Banrik | 5fd9227a686bfaf5af9be965 | | 611e920ca17f58ee83403e07 |
| 169 | Bill L Burns | 5e9bcd837000cb2319b5e282 | | 6049b28a59450dee3c8617cf |
| 170 | Biz Traffic | 600a40ed6bb9012a1da407ca | | 60547c32eb7d6cf71474ad4e |
| 171 | bodyman | 5fce35f71efa44082d538816 | | 6066991d5b43aac4b3b96c3c |
| 172 | bogkuiss | 5f73534a6534537ede32f81d | | 5fe435cbeb19130c21cdfc31 |
| 173 | bosscosmetics | 5fce9e7ab1d5b403205f45cf | | 60be39ee39670d03b47d4c18 |
| 174 | bromickras | 5fd2a3f33c5b1c11cc3fd265 | | 6151f1a0fb6af1bff1cd88be |

| 175 | burguerazul | 5fce93f991d2e587f676117c | | 60b877a607eadc9c456d2f91 |
|-----|-------------|--------------------------|---|---------------------------|
| 176 | caijinrui9665 | 5fb5eb94a06b781b9e67de92 | | 606ebef140e51898e465d468 |
| 177 | CantaochenggN | 5e6cb1004f42106ba167c530 | | 60964fc110e8e1cb12bbfd7d |
| 178 | CaraHugo | 5e94cfac6dc979e287160d56 | | 61397f757238b0803ba8b1f8 |
| 179 | carakelle | 5fdcafba9cc178806ad9a7d6 | | 6131616e5701a6f7c1311a15 |
| 180 | Carol D Gutierrez | 5e94169c29e786192c848ee7 | | 6051ae5bbfff950cc769b3fe |
| 181 | carolpress | 5fda8464686bfa6b469be945 | | 609afa2aea98d33fa32d8f9c |
| 182 | Carufammarket | 5fd29e9788608a0e41881302 | | 60bd7bd8c8af646880e9bbdd |
| 183 | cflbl51shop | 5f165fab8a322c2a8d47efa2 | | 6041a763d3629553336e488d |
| 184 | CharlesUUa | 5e992ab629e7861e74d267ef | | 5f660898c05ff056f5eb8c32 |
| 185 | Chelsea Song | 6086c88079979f774d888527 | | 60b369b4da256cc3b19bd313 |
| 186 | chenli2146 | 60628d59c50e0115c783f778 | | 610a1c41d2aa9b9caf5b472d |
| 187 | chenqian5412 | 604b19f9d3c0d36b29ed1083 | | 60a3633713f15a6cb9ae97d8 |
| 188 | chenxiang23496 | 60b31b9a809e8b0262357cd0 | | 60c0183acf3509550f592e47 |
| 189 | ChristinaC | 5f73e6998e6b1c1c0f3ed009 | | 608270a1b74e4c5bfc917fd3 |
| 190 | Chromatiga6 | 5f3ceaf7ccc8e161c64bc775 | | 6089191031193a71ba6e2431 |
| 191 | ChuiluoyacueYk | 5e6deaaa57af092ac0612462 | | 60b04d91535a8c821d5dadf2 |
| 192 | Chupitoesprezz | 60995f07d6688fe605e6a3a7 | | 6136173c8cd23e83da4bd914 |
| 193 | cjxiucguydg | 5fceeda142bea11594b4df79 | | 5fe6f68eb8347ebc7428eef3 |
| 194 | Claire Bessie | 609f085d49ed2e3c3709f790 | | 614a0900079984fdb718db05 |
| 195 | Claritsas | 5fcbeee9c68845349477cc3e | | 60a9393a2306b596c63d4085 |
| 196 | Cloud still | 5d43b83d70327a6333679f73 | | 5fb787d4f7415406332e0279 |
| 197 | Cocoban | 5f433053637902aafcfab2aa | | 608da91ff6c0d0760798f9a3 |
| 198 | colexpresstransportww | 5fdcf6354322fac72622be1d | | 60a7b2461b0738cddcaaeb15 |
| 199 | COM Enterprise Company | 5fff51ec23c320335d287800 | | 605df9c364f06a78b0acd24c 6065f70702989b2d898dc101 |
| 200 | Corksa | 5fd27f62344af23af6928ae6 | | 60afa7c9b0bd4912f4470a88 |
| 201 | corrie7ql8dgka0 | 5e8186aab6aaab193a0221f8 | | 60a2d8c69c01ba0d1d2889ca |
| 202 | Creaciones jbelen | 5f6be07bd2741989f75fadc6 | | 607d44f9cc8a9e433301c8a9 |
| 203 | Crib Shine | 5fce4de78540d1463c1e6381 | | 605c2db2711d92d554130e9d |
| 204 | cudevali | 5fde266617ba95f7561f3a96 | | 6120dc3dfd17fdb8901115e3 |
| 205 | dabaozi | 59352179217d5f2d5ef8fbba | | 60acba1beedeb93951eaf8af |
| 206 | Daithis | 5fa535856f23f3c74676224b | | 60954b99a77ec08aaab7f1c2 |
| 207 | DaPeng-2019 | 5d51076c933fb16bf0baff1a | | 60c1b5cb4fe4e5b60f520d27 |
| 208 | Daphne J Phillips | 5e9d2eea29e7863ba43068ee | | 60895191af6da4000af91943 |
| 209 | dart22zcjo | 5e80b295a7582903697ab1d5 | | 61494be30ea170a319d22726 |
| 210 | dazhanhongtu123 | 5dbf9508ff4ee603d3061c1a | | 5f5f1c854e45b4c1c5f88807 |
| 211 | Defensester | 5fd381a0c64c70806c76a9ba | | 60b8ccae380da16439916dc2 |
| 212 | denghaohan5035 | 60fb74a741d8d52f673521ea | | 61712442d64395cc68247853 |
| 213 | DenisseQuedo | 60d9e1060b7ba10ee4286661 | | 612ffd95b3c7416bf4ea9ad0 |
| 214 | derobmj01 | 5e37a4539f2bf742bfa0a97d | | 6041e0e147fd59d0e2510106 |
| 215 | Desordenados | 5f9f5d1116ae6905d12c21b5 | | 608e369b32175b168806cb78 |
| 216 | despensadehelen | 5fdce2ccd1732bb6077e68a8 | | 609a94fa6dd9d89f92b66d27 |

| 217 | detoseighsgjjh | 5e936cf329e78670aa8480c7 | | 60775c65cdb77c4762d85f9f |
| 218 | dhwymm | 5f8fd7f3c1d6ac46a59105e0 | | 5ff9512159fec550ac1f514f |
| 219 | dickhaeuters | 5fd160e8c23325603947d2a8 | | 5fe46f857b1bdead3e6e28b0 605ef1c750dcf86271e28587 |
| 220 | Diehyan | 60e0c1d4502e162117ca7b61 | | 610cdb646016eed4f3837183 |
| 221 | dingxuejiang7968 | 607a6bf1a659d54f235a2fe3 | | 6136dd8bfc5181c678c8f84e |
| 222 | doaivf | 5e7af3a7c8cb15038df4ed21 | | 6056fa7a5bbd4b12abf0d4bd |
| 223 | Docarnol | 60875761904be2fae1540956 | | 61683eaa15e81a1dfe0f6c4b |
| 224 | dongqian78033 | 60a0b3d549ed2e90010ab7e3 | | 60c6487c3d39e96ae461082f |
| 225 | Donnaultimate | 5fd374ffb92384719cb2bd45 | | 60bbff9aa842bf2dd5a6d3b8 |
| 226 | douxiaoping3840 | 60c5b851e5d27d4aa1b94e92 | | 60efb462afc00c72c7fc60e0 |
| 227 | Driveforareason | 5f6a2c274712177a0d52ab09 | | 5fb32353b312251fb4428199 |
| 228 | dudengyu5979 | 605eae6e606c4e53eb7d1609a | | 60993868e7da2ed56a377bf7 |
| 229 | dwerd | 5f2e3543b5db5024d48f31db | | 6141bc5b0d373c765647d6dd |
| 230 | Edna Modaa | 610349445d76f429e5312579 | | 6193f8c7b8e373d1be58f79a |
| 231 | Eldridgestore | 5f427f3636d382705f1a435f | | 60ce0565907ea125b9643da7 |
| 232 | Esepreny Baby's | 5ec7599218a38a414278d83b | | 60613fc747b4e4716af232d2 |
| 233 | ETHElefeLLer | 5fc83d33ba4411ad6e9ea768 | | 60565a1aafddda1550438595 |
| 234 | Eunice A Lavallee | 5e9546cc29e7867aa19c2d7e | | 60a4ec640662796f35bc0ca5 |
| 235 | EveryoneFashion | 60de84ac3d2ee354783fc9ab | | 610b5bcde658f02635c11531 |
| 236 | exceptious | 5f8da2648ee2ad7c2f1d0fb0 | | 60b956872ea6358ce4c00ebe |
| 237 | exosporium | 5fce33b368d20e0d8aa1aeb7 | | 606699084bb0bbc35f47e843 |
| 238 | ExperienceShoppingtop | 5f3fedc77e64be1fe263c8df | | 609062f16045de9b51f43c1f |
| 239 | FACAIlei | 5dbe60153962293eafda946d | | 6073ab38d9d9faaaf1bf1da8 606d4293cc12330d93933059 |
| 240 | Faeglendara | 6002572420fee31ba8564e72 | | 6077a3619b96318c0efc50c1 |
| 241 | FANDIGANG | 5e696d76d8fefc03e061ba1d | | 606ea79d51282246c0dba62a |
| 242 | fangjinhua4735 | 60c03b89efc6a4423fcd3980 | | 60c447135312b5a9b801be97 |
| 243 | FashionAroundTheWorld | 60c210b65452c38f78a2629a | | 61678ce937430739aac98806 |
| 244 | FAST PONTE DISLIKE | 5fd4397edc3d7c21f11fe19e | | 609e69e35b8d5dcced8751c3 |
| 245 | febr | 5fd0f1d8fc3d88c600cc21f7 | | 60af737f593b88927c994eac |
| 246 | Felicia cintillos y reloj | 5fa353c734ffb60c61b0e494 | | 60ac5b70362f17ad3795e2ff |
| 247 | fengxianmei5587 | 604db6743c1e7d0920b9f095 | | 60a86ef1e346997c1a20df03 |
| 248 | FG Boutique | 5e69dfe8cac96f0a346a0d9a | | 607a79f548aaf21e12cd4391 |
| 249 | Fixshoes | 610596594b64f9fa5eb74c12 | | 616b954472610cb4559496a8 |
| 250 | flips | 5fce8ecf1b3ca387ee3a2b13 | | 60b96228804a869d869d58e6 |
| 251 | floridaharvard | 600f11d76116029629bef23f | | 60a5c23f7688dd2bf657fded |
| 252 | Flowers Have 0728 | 5d3d4ec370327a250dfcd6e3 | | 606732b266e13b6e431ee30c |
| 253 | Food Mart JJT | 5fccefbac68845043a77cd75 | | 6079d943fb5cbce32cf8a6bd |
| 254 | forbiddena | 5fda1dba379e78ef42d63207 | | 614dab5373af7bd57296b148 |
| 255 | foxham | 60d920e6dcaa70148264ae55 | | 6139ae7189a83cef522eae29 |

| 256 | francisk | 5fcd457a68d20e363da1af20 | | 60ac931bd19ee1bc52b32921 |
|-----|----------|---------------------------|--|---------------------------|
| 257 | FusedflowereZ | 5f501c18bf3ee36f7786944c | | 5fc9a15730185604a749d032 |
| 258 | gangahuyt | 5e5b3a1177179e1ac06d7a4f | | 60a366ebc82acc7b23b0587c |
| 259 | gculugip | 5fe2b322beeaad178bc04162 | | 606d7137216bcc96b838f829 |
| 260 | Ghombro | 5fd1e5f149eb683a3d8a794e | | 60a939991dbe229ac5a001d9 |
| 261 | Gjcgvhdbvchcchccgc | 5e9c1bffda2ff2220145c64a | | 605c0290c1a47761b628cb07 |
| 262 | Glory Legion | 604a55ac6520a81140d1568c | | 6153f7c4f0cebf1fede4dd7e |
| 263 | Granfred | 60bf5e1bd17094b1beefdd0d | | 615de1385c254eac4ee55ac0 |
| 264 | Griego28 | 60e23bf1d9e18283c68f65a6 | | 61121ffa4619233fda51c0a5 |
| 265 | Guangzhou Witt Trading Company | 56385ee02b6c381003c88be4 | | 605d9c4d1a9fd7701337b926 |
| 266 | guochaoguochaochao5958 | 615a8e8de3e6e6ed2d29aba3 | | 616ced2c4e272f0747955bce |
| 267 | guochenliang34160 | 60b32cfba5a84903a109fe65 | | 60b83d8bd55bea2709613d59 |
| 268 | guojunjie790 | 605dbb51ab589ca82b7274e6 | | 609552d48779cba040569d05 |
| 269 | guoyang3224 | 6162927e6d7fd56810dc34d2 | | 616aa10b2a382a2a24f81936 |
| 270 | guyong3865 | 60baf700599dc034f1076cdb | | 60c474f02d9d1b07e3c387e9 |
| 271 | GuysFashion | 60c7128b943a7c8693980f72 | | 60d59e56224be15b061a6d24 |
| 272 | Hanao Yanse Renman | 5eb3aedd29e786380283cac2 | | 60829a80a12f42a75645fea8 |
| 273 | hanxiaoyan4206 | 6108ad461efd9bada1533160 | | 610f8543876974718de686ef |
| 274 | harolvenst | 5f3fd8d152000e3f8395fdab | | 60905bc32ec2a6ae36e23d49 |
| 275 | HarryBurton | 5e6ad039151d56158cccc79a | | 6142df6fc182f1e9f56ed8fb |
| 276 | Hayekite | 5fd3982baf71b19788a3151c | | 60bf75f15ac4a6b7b80e9820 |
| 277 | Hengyao Guangming | 5d40e85b8388976504f3fc50 | | 6059470a1036f9785c34d708 60caf898c6bc0ede00870bb1 |
| 278 | hfuriswe | 5dba91c98aabea140597b911 | | 60683435616bd4680b937800 |
| 279 | hgdydtry | 5f571bae41c073336b940f37 | | 60768975cc62ca534617b3cd |
| 280 | Hi2022 | 60efea22e99c5f42c261fa10 | | 6135d5e16dded2cb7c9ab15a |
| 281 | Hixai5i | 5f8421434c907808aef715ce | | 607ade6ade2438427a3add88 |
| 282 | HKJH | 5d4e8df53db43e336a7edf13 | | 6073ab294d4e1385938ae71d 606d4288abff341160d2f668 |
| 283 | Houston Dive Dogs | 601eee73633c04cdd7235452 | | 60b73533875d91e41adbac2c |
| 284 | huhaiwa3680 | 60bb06d7cd70a91c05ac47d9 | | 610eb965953c1a0678c6f878 |
| 285 | HUIHUI hone | 5d78f8d851da4f06c22898ea | | 60818b2ac71374ee8f9a08d4 |
| 286 | huxiaohu5393 | 61121e2bea2da782e1ac52a1 | | 612b2cda993b8236a52a5915 |
| 287 | ingjtubvr | 5e54ba3874afec519acc4124 | | 5f6840716e6956b8ad25f4a4 |
| 288 | instructo | 5f7e03073c7c68cb9dac60b3 | | 5fe435841598c00042f03983 |
| 289 | interosseou | 5fd2f63ea83a0443623d2c65 | | 60a659b544406cb5e366f7a1 |
| 290 | Inversiones Antonio | 5f627960f6579bad5078ca99 | | 60504310c41a7768ba22177c |
| 291 | IronTrade6 | 5f3b77815f0ddf4eb227d49b | | 60891b9807338a7d214a7d85 |
| 292 | IUJHF | 5e694cadc96e28f1288ffbbd | | 60069001850fc2a35a00102f |
| 293 | JamesTracy | 5e6ad6ce89881a1aa253809d | | 613b9722ad69bbb85bdd67ec |
| 294 | jarebv1w1msiou | 5e80a915e979f91854a605ac | | 609b3f519859adb828d679dc |

| 295 | jaxxhherriing | 5e6722a9bd473e0dc0ba4f7e | | 60af7149b0bd49a1b3470daf |
| 296 | jdd54554 | 5e2026b4a4c84a13b1d086ba | | 60893475a4c25fc3b40e4fde |
| 297 | jhosentoer | 5f413d1b588cb9f4163851bb | | 608da2165d4ae34e908ad447 |
| 298 | jiananshnagmao | 5e59e30729e786025124e3a3 | | 605ecde5fd7b1bfbd578479b |
| 299 | jiangbin4865 | 60f79ae08bcde53343e01516 | | 6103c3b30ef0faba9b2e0cbe |
| 300 | JiluozhisTq | 5e8c01d329e78624e410b377 | | 60c09187d8f7d7721367ce8a |
| 301 | jinwenchao8570 | 613f028d3014b7ca09e82fdf | | 614c095d219f93d2ca417620 |
| 302 | JiuyGerg | 5fa24258887c296ab6deb404 | | 60520251ef803be39b35c314 |
| 303 | Jixiannian | 5fbcc3735aaf5d9d9538c82d | | 60c0927eb296c1901d226521 |
| 304 | jizhihong4460 | 6108bc87e3bca279e19816d9 | | 610f847ea359efb439612183 |
| 305 | jkuogyi | 5fe17139db1a5e352432274e | | 60bf02d634265ac899b2cc70 |
| 306 | jntajtjmtj | 5b0243a37d4d84171b90b7fe | | 60d0210e5b061f1bedef390a |
| 307 | Joanne W Leahy | 5e940c1109128e0c156b6480 | | 5fe97d99d5d3bfa07331a70b |
| 308 | Johnny J Ray | 5fd0ebcaed671ef8c798e7cd | | 60910a0e7b4de4416890a226 |
| 309 | Judith J Arnold | 5e9bc5cf7000cb2dc0b8416d | | 611c808c702c5b1b5b2caa45 |
| 310 | Junior43 | 5e3dad9f3a0c823f406e4531 | | 60ac6b5d08947a64964e0184 |
| 311 | juratebalanda50 | 5fd8bd4a61f56c85561277e9 | | 6087c00a7b817bf45a54d94f |
| 312 | just enjoy shopping | 58afed1434f01051c37a568c | | 60cff1b6174fbf6dcc4b92bf |
| 313 | Justink | 5fb5dcbb57173f111ccc1c29 | | 60b05185051f199b9f74d9ca |
| 314 | Karkadooptec | 5fd2b4f4a83a04004b3d2eec | | 60a9392bb2f3b9a125119d48 |
| 315 | KELLY BAKER LU | 5f7c8bc801147c798834f0ea | | 5fe435a8b67b1a003fe93df1 |
| 316 | kimati1 | 5fce0a1868d20ee004a1b009 | | 60af41aa1347f022e9aac2a2 |
| 317 | Kiuusco | 60fca2973e3dd408c6a1bad5 | | 613e1a049037f04dfaaf629f |
| 318 | kjdtyutyue | 5f8b9a4ecc5121a683803f04 | | 606403830f7f71f545692f8f |
| 319 | Labelgodshop | 611b29c074baca8c4f0ddd51 | | 6139822a1169cdbc87621c68 |
| 320 | Lasxxc | 5fda8e0c4eed917cc4370389 | | 605d71ea4e56abf6e6127f4d |
| 321 | layongqiang1234 | 60ecf58d8f0ad931971d09b2 | | 616e3f8f368c50195a3b3b1b |
| 322 | LazhongchoupingrH | 5e6dcab64f42102e4267c3ff | | 60b04daad0a15e9b68d4facb |
| 323 | lemesseu | 5f8e58e376ec12c62a1318be | | 5fc99d1ca811e605981214c2 |
| 324 | LessDonn | 5fd7e2aec4413089f5d2c837 | | 60bbef3f53b7430722010976 |
| 325 | Lets Watch | 5f46f22a5456f3003a7e7e97 | | 6085689bc8e59b488fb30148 |
| 326 | letterale | 5fcdf2f61673b1398c31ed4f | | 5ff00da474724b32de96eeec |
| 327 | LiaoguatongtongfZ | 5e6df2191e1985aa00242796 | | 613835bdd9b3e8f46ca131bb |
| 328 | liflaffe | 5fce323868d20e0d4da1ae83 | | 614c7fdcc4c4941e41d109af |
| 329 | limon15 | 5f876c72d8b0e7f67123585c | | 60b04dd6a7229d8d5e233ada |
| 330 | Lindamet | 6115fe26528340555c495921 | | 616fba9fd4ea6b6938fbb61c |
| 331 | lingxin1253 | 6078e8fce0e27b0d64cceb3f | | 60bcc21c69efe6f0c6e0ccf9 |
| 332 | LIPhua3 | 5ec524e929e78671a3c9c4dd | | 60b5d4ffb172f765ed48bd66 |
| 333 | lishunian668 | 60a1dc68bd6a571317fdc585 | | 60bcb6212a5371d54890bc50 |
| 334 | Lisuac5slvd9 | 5f88078341f8e5b0cf5a5ee8 | | 609de991929a34a9b37ca487 |
| 335 | lisueiping | 5f4da93b0ca84e7ac644159c | | 609b6ce1c295327626236d62 |
| 336 | littleshopve | 5f3fdadecacdc16de4aea201 | | 60900e6f3e9761706475c9f9 |
| 337 | liugang7870 | 60b6df75d1471a0047869742 | | 60bb978e65b3e82f3cc9a831 |

| 338 | liuhengbin0641 | 608a321256039d311130b355 | | 609a2348304cbbc0b9764da7 |
| 339 | liuiaiyun9562 | 5fec4f28baaa170faf9ce0e5 | | 607c78b320e4465b19c56a93 |
| 340 | liukanghui668 | 609896fb51abb2fc57ebbedf | | 60b5b555c6fe89071e6d2d27 |
| 341 | liuwei6920 | 6060133c5870e28598c0fd52 | | 609782191136f7eca2511fce |
| 342 | liuxingyu1506 | 5b95194f92904638b8808d54 | | 60446e6a8d3741db0f5e02f8 |
| 343 | liuyouliang | 5ee31a01d0c32106dd163ff6 | | 6145b22293c98efb1691b4ec |
| 344 | liuyuhui668 | 613c0afa638833cc0544c575 | | 615abe44a4ba0558b3d9bc43 |
| 345 | liweiyin452 | 606420f8f1deec19ecf1dd13 | | 60c021556524d87bb9130e4f |
| 346 | liyanchun | 5e9fe54829e78607ac5ae454 | | 60a32207a7fc22615d0cf334 |
| 347 | liyuanqi1234 | 60ed0cac4c0ec385e568c5c7 | | 61457f5914edea3034b824f9 |
| 348 | lizhouruixin2367 | 6108abba7f3a6d44e96448dd | | 6142e4e238402ae4b26ea112 |
| 349 | LLyh | 5f85cdc01bedcc4e0043516d | | 60b5d5d21e2e198b5ce5d15b |
| 350 | lonrige | 5e5bb5dc6ac64e1d1af9d842 | | 5f4cc56bdfb29b00421d6dd6 |
| 351 | losekkgy | 5e958c4365a1793001fc9822 | | 5f66089b5616ce4df8b1b3ff |
| 352 | Lucy M Samples | 5eabbb6f5d3fe12aa4e2f26f | | 6050bd34cefe2d982efe2547 |
| 353 | mackvens | 5f3fdec7207ef60fcdf69861 | | 6090fc785a61e523c2b68fc0 |
| 354 | Magnamary | 5fda24fcdff84f0a06ad2474 | | 609a1cf8d15229e0cbc34841 |
| 355 | makeupgarden | 5fce9b6efcd20b004b4c0bec | | 60bd12e5e3ddfc77ad203fab |
| 356 | Margaret B Negron | 5e9bc97b7000cbdb95b5e2a9 | | 6091549420ce97c2cd6019e9 |
| 357 | MariaJeans | 5f43227d29e7863e700587ac | | 608da9880148e35043a28ca3 |
| 358 | mariawshterd | 5f41494d588cb9496438538a | | 614860cba0f28c25bddc7ebb |
| 359 | marieelizabeth962 | 5f9223bad52024aee6b35482 | | 60acfe731182a199181c11dc |
| 360 | Mark M Davis | 5eabb391c47c94ad9f02cda5 | | 6050baf57da676aa5225a375 |
| 361 | Marketing Eye | 600a08d3fc3a7c38c2d45a4b | | 6037c932cf03938cd08de330 |
| 362 | Marla J Picard | 5e9bbe457000cb1669b5e27f | | 606c8594f8185980fe5e38fd |
| 363 | maxxpreciosa | 5fce90f4b3d3426a71d1c7b3 | | 60b877e50ab49fa18a188d3e |
| 364 | mcshoorefkhiqp | 5e9590e6fbe93c37856fcb83 | | 5f6608994801b034aeec971c |
| 365 | MdwMO | 5fd943b44eed91100d370310 | | 60baefa3d2fd15909422796f |
| 366 | Meagan L Morris | 5eabb698a12fdb5ea096c96a | | 6050bb230ca2a4a50ffd133f |
| 367 | mengfanzhou1636 | 5fdc1f7127b42947a525f2a0 | | 60823490beba25aa007317fc |
| 368 | menghr | 5f8ce2935d498e004486539e | | 5fe439fd35bd9a03644cb0d8 |
| 369 | Mengli Mall | 5d5412e9dfe13569b39422ff | | 60a0bd551a62e23ec236716f |
| 370 | Michaeweekly | 5fd525d27885461f6b3936eb | | 60ba4aec657a94e3f95cd33b |
| 371 | Michel Beka | 5fd94d1e61f56c12d91278a1 | | 611acef7418c984143497512 |
| 372 | mossarawut11 | 5f6c5b79a33c5e5f13034673 | | 60af689aa3a9557e18f930e0 |
| 373 | Muriel G Irizarry | 5e9c1f6ea67777e413eac370 | | 608962a632175b232606c2b5 |
| 374 | nantatee44 | 5e4b91d62d835d1bd8dcfbea | | 5feb3d7d3a9a0a31094687e6 |
| 375 | nativeeast | 5fce985f1b3ca391133a2a3a | | 60befe83522255c4bef01008 |
| 376 | NB Boutique | 5e80180d93fb005f20ca79d9 | | 607a79eade24382a363adc02 |
| 377 | ncdjikvg | 5ea291a8d19be60d0affb4c8 | | 6083dbf82c8aadc6b7bc5eef |
| 378 | neutron cocos | 5fb5c2f2a0b0d510706c4073 | | 60ab5e7af63d14d4e33b9b5d |
| 379 | NewAppStores | 5fda950a379e7875f0d62041 | | 6117da8bab4668814b349b1b |
| 380 | Ngvvvbbhgvbhgbbbvv | 5e9c217def1dced865eb3d26 | | 5f62a812519f9702bbeb7d49 |

| 381 | NheuGui | 600b8cd98527af13ae0c5835 | | 609a22be022ada1733339059 |
| 382 | nicolas364 | 600b26bf290e6630f45983c0 | | 6098e7c72e6dfa6bbdd50598 |
| 383 | Niinewz | 5e36ceb2e489d524be965d06 | | 605ab4e81f6c87d4c9db6de6 |
| 384 | nmghjrs | 5f90e66a510949815666867c | | 60ac9bba2306b50aaa3d4230 |
| 385 | novelette54 | 5fcd798b68d20e4fd6a1b20c | | 5fe6a5757f5bc8836aa0ace8 |
| 386 | novoda | 5fce02bf1b3ca3f4b73a2a30 | | 60b7e1e8c06d674a9d421172 |
| 387 | oatiwo | 5faa900973a93576915f3d03 | | 6094007f40ad70005e7b4964 |
| 388 | ocumareshiotpr | 5f411a3359bab0a99457b8bc | | 6090e20e47c7ac89c18eb71e |
| 389 | Oliviaaaee | 5ea2563641e7f02f7aad7cdd | | 5f66046965eafb53248c0f4b |
| 390 | oos5Xe | 5f7b6dc7119147343229530e | | 613970c4ab599cdbdb28ba24 |
| 391 | OPfiaikfjke | 5f86649da7c3c4fa277c01e8 | | 606d54f25cb4af3b0bd7e7c9 |
| 392 | ouyangxiaofang6220 | 6135e906af8ab347c5fb871f | | 6152b2158f6925baa1f26046 |
| 393 | Overwall | 60fb282bfb5efe4bd6f8dba8 | | 614327eb77c863133d32bcbb |
| 394 | Pasardo Store | 5fd26b828145f8200fa527b3 | | 60ad1022f6cb7dcc3d2fea2c |
| 395 | pataaee | 5ea25926e34afe0440dfba96 | | 5f66046bfee67a579b62c4bc |
| 396 | Patrick-ThoDORE | 5fc83ccd64c5de033f048cee | | 614db1f9c0b958af64b5a1bd |
| 397 | pavos de navidad | 5f9e09cff528ffb706f50ae7 | | 607a0856bd4f57b27f0b7afd |
| 398 | pcgzet | 5e7af363870c3304946d7367 | | 60349c6a06e56aa9e6b2ee64 |
| 399 | Pedro K Sunderland | 5fd000a7d4d2884c0e5ffa3c | | 60ab54dc303801cece705a22 |
| 400 | pengshiwen0249 | 60e40271680e2335b5a21c49 | | 6170dbb31bf5fee25aab9636 |
| 401 | Perry E Fuller | 5e9bccb27000cb2dc0b84883 | | 609b69e4c3eaea12e1ece0f5 |
| 402 | Pet shop sparkys | 60896683223f5de16254c1ad | | 60b36934e52a0cb141211777 |
| 403 | phenclub | 5f7a4c7bec54da45bbafb891 | | 60685411272e10bfae02054c |
| 404 | Planet Otaku | 5fc7b29dcd067255c6a67f46 | | 60a9d26084da367ea8677007 |
| 405 | plnitgjnvf | 5e5e1e1c6a6aff1e5864fa22 | | 5f6ff6fb09b7b005000b985 |
| 406 | preascertain | 5fd1a4be20dcdf40dce1a1f4 | | 60921cd50bb01fd15a0cd7c2 |
| 407 | predicaste | 5fd2f6b32df9143a8e9ddc7b | | 60505d3b8fa7e1b31fa8a477 |
| 408 | Printplc | 5fcf9b55a0f7cce9ea6a0841 | | 6083068470f108b0d6cdafbc |
| 409 | prontomerinp | 5fdcbd3441892190a9b62b93 | | 6119d440988cc13838b2f341 |
| 410 | ProudcloudhowlwJ | 5f502076422d7a63eb551011 | | 5ff95fb5364aac5634dda645 |
| 411 | puchunge4618 | 60617546dc7ba6044447404c | | 6110f4c06ceedf529073b2c1 |
| 412 | pumanoido | 61192aca44d92d12c5663755 | | 613f069618bed7c645ba812c |
| 413 | qianjinyao3660 | 60828569a59109c4e64bad2d | | 609a4cbe468bcc08e0eb6403 |
| 414 | qiaowenzhuo9549 | 601a554414ab022a83f16597 | | 601ce3d56345ed33198c7219 |
| 415 | QISHENE | 5f8f5f56de940f07c2c7ff6e | | 6078c894ed9407d405014640 |
| 416 | qixia-22110 | 5d5fc4973d24b77641c476d2 | | 60abbcb80b35fb81f4dfcaab |
| 417 | qttcjj_00 | 590afa64eb13661593d457cb | | 6051d698e7bf176ecc298135 |
| 418 | Quenmiom | 609cdea660451e05823e5d1b | | 610a31518340aab9890537ff |
| 419 | RalphSmith | 5e6a3f9b188644aaa1c77876 | | 61348405e3cb7ecce321eb79 |
| 420 | reecrira | 5fd0dfc94de53de79a64f39f | | 606e9173c59e3c0b9d63cd9b |
| 421 | rhyncho | 5fce0a461673b1538a31ee24 | | 60af41b9411da83097eea4d6 |
| 422 | Rigaruecking | 5fd2e4b6af22832e82c57839 | | 60bc2177c9ddac7a35418057 |
| 423 | RocketNO9 | 5efc095b69f6151202db1a38 | | 6089197fcc201b74de5094d4 |

| 424 | Ronald david barrios | 5f6b57683e645b3d7658ffcd | | 607c6e085a897869d21ac480 |
| 425 | ronnyxpavpws | 5e80a8e3b6aaab8f47021e63 | | 609b3f379633f4b3ffae7080 |
| 426 | RosaWhite | 5e6adc164690a41ee1b83007 | | 61482727c0a2e7f64a96a3d8 |
| 427 | roseeck | 61004bd79674e331513beeab | | 616b95619138bb2b0828978d |
| 428 | Russel R Scotti | 5e9bbda2ef1dce85f6eb3d16 | | 60a321bfab64566b8c3bf133 |
| 429 | Ruth E Bleich | 5e9bcaf1a67777ff0eeac518 | | 612f35939deae42414e4551f |
| 430 | sailboater | 5fd162169163a070e5af62a7 | | 60af413aac9ddd20b3c26ea6 |
| 431 | Sailwood | 5fe4d5fbcd47690fcf127815 | | 60748253d623e62832526ff1 |
| 432 | Sale of pant | 60fcf7f0410c05eec8e258bd | | 613ca9b28fd1e5ebd1d108e9 |
| 433 | Saltinnops | 5fdd86f1760a6c40007f4b87 | | 60c269dc9f5a243a7b6e1e10 |
| 434 | Salvation Army | 5fc538c9007238f58a1f5445 | | 605c3391bc46cae9b504822b |
| 435 | Sam Goody | 5fd6c95cec20da05b5ae21d7 | | 60a7b7076e75c1dbc3a0d951 |
| 436 | SANTA1221 | 5e12b073f2633a06c078fdf4 | | 5fba28a1555ec33a4e78b202 |
| 437 | SanteveriBNA | 5f5eeab341512a53570bc922 | | 603604fd8faa15ee47ac123d |
| 438 | Scarwain Memorial Necklace | 6022bb8ab75cd1f11abf72ed | | 60b9cb024f60cb9abdf26098 |
| 439 | seaneshwgig | 5e95975129e786548a9c2fbe | | 614b77d3a06ba2e44038885d |
| 440 | senzitu | 5fcd05d51efa44037e5386e9 | | 605ef1a0c9ffc966129fe7e1 |
| 441 | Serbeiro | 5fcbc49491d2e50dd476120d | | 60aa3a229f59b08c901089d6 |
| 442 | shangjing3944 | 608286cd89c446244d7a9e60 | | 60a39a694541fdde9d54c350 |
| 443 | Sharbby | 608cb64dcdf4ce0b0d523b56 | | 60ab2db6b31cc66e2b025e91 |
| 444 | Shdxgcgjgvhcfjchcbc | 5e9c1a1d2aad6e6e73e478a8 | | 605c013c2430387077403e46 |
| 445 | Sheilah R Radcliff | 5eabb2de5d3fe1246be2f1bd | | 6050bae58b940a9b6ae42b85 |
| 446 | shemmoaswlxnlo | 5e9380afbdebf4dbd9041e4f | | 609cf95bed706e3e8963dbf0 |
| 447 | shike668 | 60e5656c5cd53ac2aa74f40a | | 61077f2b7bbc7e8cf3eceb19 |
| 448 | Shoppblai | 5fdb72e5cb71e8e777d01b6a | | 616d1827304819a35feb43d0 |
| 449 | Show33 | 5fdbff1aef78732703476b4f | | 6136186f1246fb181807b460 |
| 450 | shuishuishiguang | 56c061e2df108f11408c01d0 | | 5f802483941dad16916cc941 |
| 451 | ShuopeckshisheadwQ | 5f501dd7bf3ee3929d8694e9 | | 5fe953b84dace3a3fa5f70f1 |
| 452 | Sietaing | 5fa816e2e0d9899f2771223c | | 5fbd117c5d905e40a3106216 |
| 453 | Siga ALK | 5f6a37f3ab83bed5391b92d9 | | 6074026ece0b2b074bdb90af |
| 454 | Sizouze | 600c0b6bd36698b6c3b3d2f5 | | 60a379c77c98cf9e25f7a9c9 |
| 455 | Skuism | 5fd24bf38145f8fed8a52805 | | 60ad0fbc5313c4eaeb6e2620 |
| 456 | slithesbnoosj | 5e958e8edc7da93bdb768103 | | 5f66089923e007004d07c494 |
| 457 | Small Qiuqiu Shop | 5dd78b18d87bf162dc3f744e | | 607938cf1469711acebf088e |
| 458 | songyujing5929 | 60b1eeb536badcf12cffc8c2 | | 60d972b038f1a868a3a17a2f |
| 459 | soueijneh | 5eace29b0b85d75c52238fba | | 5f365ae89db6331728ee79d7 |
| 460 | stafetten | 5fd053fcd1e16c4e90223ec5 | | 60694e281d75b134e3a659df |
| 461 | Steelpowers | 5fbc8c6c20ba1e326ae06b10 | | 6085769866767ac41624bdb9 |
| 462 | Stokedavi | 5fd541a0d8cf0c24c83e09cb | | 60bbea9bb75ba201dd5b8442 |
| 463 | stores keila | 5f989af946a284b468d8f12d | | 6085b4984976a3654d53e3cb |
| 464 | Strongbod | 60db466ef82dc5611e424a78 | | 614949663135c0561e03b737 |
| 465 | sundongqing2309 | 607ce781c6862492d9b66291 | | 60bcb4919a5112bb53b41362 |

| 466 | Sunglas | 5fa834f100c0bbc9437f10bb | | 609402c517ca59c18598ba5c |
| 467 | sxlyonqvaiylyagc | 5eb65d5c29e78666827384b1 | | 609238b4bd1e391414aeb6ba |
| 468 | tacomiblered | 5fcea09af41c800619d89116 | | 60bf04ab270ce3cb7dc9123e |
| 469 | taglispigali | 5fce9d2890834c04e20200f7 | | 60bf1596a5487dfc26b268c4 |
| 470 | Tahosters | 5ff76e4b4647cc94b92c7e11 | | 60a08fc442a288f901ccfcfa |
| 471 | taijiong | 582187ef4ad5641b7faa318e | | 60b7466bafa1d809cafc6c97 |
| 472 | Tammy E Carbone | 5e9964d5d0e829721ce3cd47 | | 60bbb26ff6e9896f68017ed6 |
| 473 | tangtang_shoes | 5ae59443c989492ee6cffa4d | | 5f64604fc85c96068d57a7c3 |
| 474 | taoxinran3923 | 6072ac897317460eb77dfa38 | | 6135dcec1e055ac94afb3756 |
| 475 | teeteightvju | 5e93779ca93effe22247901c | | 608df0421ba94cd29f6fd08c |
| 476 | TerryHubbard | 5e9329bfbdebf419c007cda1 | | 609b73fee56f556b61429779 |
| 477 | Texas English Bulldogs | 601f8a214922cd51c130eb04 | | 6093a54e23df090eccc7140f |
| 478 | thoracoa | 5fcd006d1b3ca315e53a2a9c | | 5fd452c14753de63192082fd |
| 479 | ThrowinganewheartoI | 5f5012bfcc7530e75c68ad93 | | 60a26f7354e84dd5ca2383ea |
| 480 | tianrui4875 | 60f7a4041f8b17643992fe9a | | 61039a17e38ed0839954cb49 |
| 481 | tianxinyu1493 | 6076aeabee7a959864562d62 | | 6100d2dc5c35fb2ea9cadfc2 |
| 482 | tingxiumeishi | 60a3557f4fea972563f3b69f | | 60b44c1fd125fe882a494ff6 |
| 483 | titateskixles | 5e958aee0bd69706e2155a5d | | 5f66089ae9de2654e4b7f6cf |
| 484 | Tobys St-tore | 5fd28366e2ffdf350da7c044 | | 60a9d79402555263c98e383d |
| 485 | torowivens | 5f06aa9ab730762c440effa6 | | 6091107e1db369d163f6055e |
| 486 | Torreshio | 5f426cad3d6cd05d0a6dd609 | | 614be36ffb9b1da9c571b516 |
| 487 | treek | 5fce31471efa44040b5386fe | | 5fd456704424115c7bc4e967 |
| 488 | Tu4Eede8 | 5f7e0152a432d237e91332e2 | | 606dba02d0068a5e9cd3336c |
| 489 | tuoya147258 | 5f433f481957bcdae7ff7a8f | | 606bd4bba353da97402a6b0f |
| 490 | UKN POP320 | 5e58b67b19def81cc295d484 | | 60531f22d3e0b0bf55082e71 |
| 491 | underofficial | 5fd14fff05ef5d57f3562888 | | 605ef1fcfcf69f57a482da8c |
| 492 | Valles.girls | 5f9f22258e1e5fdac16607f9 | | 608d3d77f7afd27099ce2e7f |
| 493 | valleyvilla | 5fda7e08dff84f6608ad24d9 | | 6143c07e7cf7228f22128a6a |
| 494 | Variedades Yuli | 5f6bd4374cc3885930be9f66 | | 608e0d9d43033c4824f9f5bf |
| 495 | vbxgfhryhtr | 5f99360a4f345b026d53baaf | | 607cec2d7cb4c17b43f39a63 |
| 496 | Velandis Bags | 5fdae0c66ae0e6433ed06b0e | | 6114c35e6236aa12748ebd7f |
| 497 | vidmhjf | 5e211bed54e85f0645e903ef | | 60ab41f14599c67070efaf87 |
| 498 | vistina | 5fceb1fd090d6c12345ee10a | | 60befde5e65435bdc9779cec |
| 499 | Vitadana | 5fd36b9f58cd776977e7f6da | | 60bd3cfc65b3e8dc77c9a56f |
| 500 | VVray | 60f7cf65360c2acf5b4aea2a | | 6136f1e448827723d3743441 |
| 501 | w8ufangsl | 5ae2daefdb5f1f1458c0f386 | | 60b5b710bed3cf220467c9dc |
| 502 | wanghao0462 | 60e3efcc502e16d05bca8fb0 | | 615152f0edeba0d3f198043b |
| 503 | wangjie3271 | 61528c916eac371382bd3e60 | | 615429c918537f4b220a3192 |
| 504 | wangjingyuan4265 | 607ce71531ea931c1f054262 | | 60bcb40ca631ccd3816240d5 |
| 505 | wangjiuzhan88997 | 60b2fd6744b548e047a4be30 | | 615fdeb1d25364ce2cc4b88f |
| 506 | wanglu14274 | 60b2f9789eaf21d10a1c9314 | | 610b4dac36ef9531d3386dc9 |
| 507 | wangmendie1049 | 60e3d883708c3e90960df631 | | 616822abda085886a0b62e55 |
| 508 | wangshizhong51064 | 612849524b49c496be35ad77 | | 614f3ca34b7f1966798fc0e3 |

| | | | |
|---|---|---|---|
| 509 | wanxiyang4697 | 60a35a3433f42f0061736af8 | 60ab56a3423bda70fcd1048f |
| 510 | wanzgiaya | 6073d346b1d121d464ce0148 | 60c9a60405a23da2cce662e98 |
| 511 | Wasbit | 5fcbd0b31efa440c0b538749 | 60a9452121ed75b4a928e868 |
| 512 | We All Happy | 5d77081bf276fa778112fc74 | 60845d581d9bef3071ffa4d9 |
| 513 | weihongyan4383 | 61384c48e73341510e85b6ec | 613b6e56d27a5d52bf080753 |
| 514 | weiruirui8051 | 60b1d783ca732d92413a73ff | 60bdc29929ee0fe37c1cb0b0 |
| 515 | Wenchuang Foreign Trade Corp. Ltd. | 562c52803300ac0fd71f19ca | 6076742f4640850864842fe6 |
| 516 | Willieplus | 5f6a87e512ef4efa6329b24b | 5f9139da343da31b1104b6f2 |
| 517 | wuduwe | 5fd0df584de53de7dc64f306 | 60a1c36a28837c565a94bac6 |
| 518 | wujing2879 | 613429394db4e23ce169cc0c | 6136210b64d09437d299b1dc |
| 519 | wumili2019 | 6135ca88972afa3bc895e9ab | 61540cdbaf033d39f4a03837 |
| 520 | wutingting4293 | 60641e4c9bd4352199c91c0d | 6077a378c9eb518fc3362507 |
| 521 | wutongtong1621 | 610792729bf3c9b7284778a3 | 612f3e2412ebd1850c52a78a |
| 522 | wwollfeian | 5e672ba348b58753b04bf08e | 60af722620c1009caf438648 |
| 523 | wyf6544 | 5d8f0e4b71378067a80aad7f | 5f633189c0f88a18f17e60c8 |
| 524 | Xfei | 5f8fd5be9a66967266f0b10f | 5fbe52d6bbadb23365c8720e |
| 525 | XiechengchenmouaH | 5e6cb1665510406b8da39306 | 608bac8eca138edfcc0325d6 |
| 526 | xingxianwen1369 | 605d47a73868de19c483aa2a | 60ac9559e615fca58e43b09f |
| 527 | xiongmeixin6783 | 609cd85960451e17903e4764 | 60ac965e1dacc1c1575ee910 |
| 528 | XipoyingfY | 5e6ca6261061cf62c954e706 | 6060819ed3facbfe506e43f1 |
| 529 | xiwei0500 | 60a35461756e7f1bc3564898 | 60a8a764103a10219c795d69 |
| 531 | xmj676 | 5e327e58121d900f66d50185 | 6084e7049526d7dbcba0861c |
| 532 | xuyimin1134 | 610a500aa5586bf1adffcf6a | 6146da08fef611f9ff8879a1 |
| 533 | xxiufysidfug | 5f79bd44795c60dd1510cdf6 | 6092332f02da8600b927dfd5 |
| 534 | yamimi | 5d4bcf93933fb153b9202262 | 5f6c2ff853d78f0d958eeae0 |
| 535 | yancao75 | 5fc487d41d0178334c57073d | 60663bb4ef178847d38f4ddc |
| 536 | yangcuimei | 5ea5925e513d453c015b1a17 | 60714b21f4188f4a631e9c35 |
| 537 | yangda23864 | 60974d07c544770aab273e1b | 60a7da5bf6c72f81ae5df922 |
| 538 | yangfan1986 | 60ac78f57d23d836cab0a282 | 60bbb39cb09f4e53c91c7460 |
| 539 | yangjunan4 | 5fc3431e02c9b3002a090b50 | 60663b3407d36361acc755f |
| 540 | yanhao1996 | 60ac7bfb0c93bf18ca8dad39 | 60b3768cc6fe89bb0f6d2c76 |
| 541 | yanxia-ZHAO | 5e282c8a10a64612c2e05df7 | 6090b7fe28e886b3232323c5 |
| 542 | yanyangyang1687 | 607e87fede02ec6382664b8e | 60a8d79d83409592647e70c1 |
| 543 | ychajsdg | 5f069015d0e5b712a6b0283a | 60668d87f64e6baa86f53622 60810aeff95a1dbaa876a7e5 |
| 544 | ying255 | 5d53cb4a40defd790d46e5b7 | 6066d02fafcf63620199f8a2 |
| 545 | yiyuoiu | 5ff2825fb6c69a15a524b57e | 6092287762fd5de69be70d9f |
| 546 | youlijiacoufu | 60a3528501872d1fa48a1969 | 60ab56bd6defa0572cd91199 |
| 547 | yuhuijuan6908 | 5ff7cdcbcc479b1256a054b8 | 608f6a03a1395b3c79d6d797 |
| 548 | yuniansheng90648 | 60974e2ee7bace0ba29d9fd3 | 609bf839303d57efd34be982 |
| 549 | Yupios | 5f9b539b44cb250bacaba8cc | 607a08349347c7a978bf9e95 |
| 550 | yuzhiyuan3587 | 60b1f62636badc19c0020ab7 | 60d971c5b8a845219db7a190 |

| 551 | zaturday | 5f43d01bc8e8b0016377a8a2 | | 614daca110472d4b397c54bf |
| 552 | zengshijia5375 | 608e11c91277afdfedd35d40 | | 60bdca94d3466b1d58cb53f2 |
| 553 | Zenwpan | 5fd946d6379e780ecdd621de | | 60c16dfca169d71cbcdc4d97 |
| 554 | zermuerbe | 5fd0f166cd51090affdfb098 | | 6051cb8694f7b951257eda93 |
| 555 | zhangchenchen27575 | 60973cdf996c940d808a87e9 | | 609d158f73b6723c02979d24 |
| 556 | zhangfei5265 | 60a365f6243683382d4abcff | | 60bb1dc6f5f2f20ef01cfada |
| 557 | zhanghe1246 | 609cb7fe0e66bdb9f8a4c32e | | 60b5d35c4764111b43c67ad0 |
| 558 | zhanghongtao | 586e4c24d3ecd12f98c58dfa | | 60eab77f5214cf0089078447 |
| 559 | zhanghui2028 | 6135c95bb2e7ecf106c7a3f6 | | 6173798c67a8b35e2f14c0e8 |
| 560 | zhangjindong4247 | 604aeabdf9ed2c3bc0453030 | | 6095f6c25038784a87e09037 |
| 561 | zhangjingkang86140 | 61284e2a15a71c63fa496845 | | 614ec7cb80bcb41d45a8c22c |
| 562 | zhangjunhui1234 | 60efed67a5cd5e8712223438 | | 612c56c074fd29f703dde45b |
| 563 | zhangjunli163 | 5ea3fc422622f4d5b3866e3e | | 6074fdb0003ca66a7cb71f0d |
| 564 | zhangkeke0323 | 60b5e3ff3ae6fe048016d338 | | 60f53777d8453eccf74d82f1 |
| 565 | Zhangminze336 | 5f44ba0cd4ef056dd5b732b4 | | 6083830a1d9bef1b55ffa9aa |
| 566 | zhangqin1013 | 606e967861ea4862f5741fe6 | | 60ba429ad92afebfc59979ed |
| 567 | zhangxiaoke2909 | 5ec67513db5495c591d3328c | | 609cbdbe795c58ff0aae9217 |
| 568 | zhangxiaotian7284 | 6062d8eee2380b7039c13615 | | 611f6a2759bc745863a323de |
| 569 | zhangyanyanzi | 5f1fc4c52cf92db4984b80cf | | 60b4aa0b1347f074b7aaaa3e |
| 570 | zhangzeng2364 | 606eb14a841976176b610577 | | 60ba4db4ccd8a6f4779b98b8 |
| 571 | zhaoliquan4063 | 604af26138615d434d02b8a7 | | 60a8abb30e4b7afe097b4055 |
| 572 | zhaozhiwei163 | 5e95bdb03b55ac60ef197af3 | | 6081198a76a884e713947d1a |
| 573 | zhouhongshan01 | 6050b4f76ee4659cff2a1471 | | 610418e5fcf525834cd09f7e |
| 574 | zhouqunya9417 | 60a367b5b8da101f553f7017 | | 60b77b12f3a4b68f15cb163e |
| 575 | zhutao4765 | 6062d0fa71024721c2047bc2 | | 611c8fa0e3c4f43d692aafe0 |
| 576 | zxiaomei5750 | 605c665eff57419106b18877 | | 611485e8a115cb2e34634f7a |
| 577 | Angela D Cluff | 5e96999d942cd42a5f3e6a08 | | 60e0699eb35627c7a4faa373 |
| 578 | hotspold | 5f57e82df72abea92b09c815 | | 5ff9c7cff4713049bd00ffd8 |
| 579 | mie5ih | 5d4fe8e2933fb15781b926ec | | 60d3fab943ded670db411d32 |
| 580 | rglkxxon xuejiaoz | 60f920d8360c2a14424b83fa | | 610ed88e87697419dce687f0 |
| 581 | SanmuWatches | 5f420ebfe84e07fe9d39adba | | 607e8b5894a4d52d3a29adb6 |
| 582 | Staoil | 60190c15fdd7071c012fb057 | | 60e5f765df8785932e4bd863 |
| 583 | tongxiangli8158 | 607260c520a354818472a991 | | 610250934c8f2c0a60624b21 |
| 584 | weishuxiang2296 | 607bcef9a659d585c55a36f6 | | 610ca8f108f47678137f2ff8 |
| 585 | xietao7832 | 60cc1ee8a9095669b4af9c90 | | 60ddc9a66b8405c0aa030f93 |
| 586 | yanlixin4939 | 60a317095b846904780b3a20 | | 60d6d2d127baacfa7f4f603a |
| 587 | zhangdaojian03569 | 60978726f3cd395759951bb5 | | 60d0289a859bac336aed8b4a |
| 588 | zhangmingtao53728 | 60c963473043de2f083bb378 | | 60f4388dea5f4b19cefecffe |
| 589 | Cleandi2019 | 21214064 | | 546089266<br>482158836 |
| 590 | cxjq0626 a/k/a John's watch market store | 16955212 | | 403123906 |
| 591 | lkwatches | 19780983 | | 269120029 |

| 592 | james_9 a/k/a TM Watch | 21611003 | | 628677758 |
|-----|------------------------|----------|--|-----------|
| 593 | John201900 | 21184339 | | 549773875 |
| 594 | Stas | 21229352 | | 458270184 |
| 595 | zhangdaren_watches | 21637307 | | 657075977 |